1
2
3
4
5
6
7

0UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  UNITED STATES OF AMERICA,

9                                      Plaintiff,            Case No. CR09-29-JLR

10          v.                                          **PROPOSED FINDINGS OF FACT
                                                        AND DETERMINATION AS TO
11  JOSEPH DRAKE RODRIGUEZ,                              ALLEGED VIOLATIONS OF
                                                        SUPERVISED RELEASE**
12                                      Defendant.

13                                  INTRODUCTION

14          I conducted a hearing on alleged violations of supervised release in this case on May 9,

15  2011. The defendant appeared pursuant to summons issued in this case. The United States was

16  represented by Nicholas Brown, and defendant was represented by Chris Kerkering. Also

17  present was U.S. Probation Officer Jerrod Akins. The proceedings were digitally recorded.

18                           SENTENCE AND PRIOR ACTION

19          Defendant was originally sentenced on June 15, 2009 by the Honorable James L. Robart for

20  Vehicular Assault. He received 12 months and one day of detention and 3 years of supervised

21  release. In addition to the standard conditions of supervision, Mr. Rodriguez was also ordered to

22  comply with the following special conditions: Participate as instructed in a substance abuse

23  testing/treatment program; submit to search as instructed; and do not enter any establishment

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE - 1

1  where alcohol is the primary commodity for sale.

2       On July 9, 2010, a request for modifying the conditions or term of supervision with consent

3  of the offender was submitted to the Court reporting that Mr. Rodriguez had consumed alcohol

4  on July 6, 2010.  Mr. Rodriguez agreed to complete 120 days of electronic home monitoring

5  (curfew component), with a Sobrietor.

6       On September 13, 2010, a violation report and request for summons was submitted to the

7  Court alleging that Mr. Rodriguez had violated his conditions of supervised release by

8  committing the crimes of vehicle prowl and theft, and consuming alcohol.  On November 30,

9  2010, Mr. Rodriguez admitted to the violations and was sentenced to serve 30 days in custody

10  followed by 2 years of supervised release.  In addition to the standard conditions of supervised

11  release, the following additional special condition of supervised release was imposed; that he

12  participate in a residential reentry center (RRC) for a period up to 10 days or until discharged.

13  PRESENTLY ALLEGED VIOLATIONS

14       In a petition dated June 18, 2010, U.S. Probation Officer Jerrod Akins alleged that defendant

15  violated the following conditions of supervised release:

16       1.     Failing to complete 180 days in a residential reentry center (RRC), in violation of

17  the special condition that he reside in and satisfactorily participate in a RRC for a period up to

18  180 days, or until discharged by the program manager or the U.S. Probation Office.

19       2.     Failing to follow the instructions of the probation officer by being terminated from

20  the Moral Reconation Therapy (MRT) program, in violation of standard condition No. 3.

21       3.     Associating with Lindsey Whitney, a convicted felon, in violation of standard

22  condition No. 9.

23       4.     Associating with Sadie Villars, a convicted felon, in violation of standard condition

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE - 2

No. 9.

## FINDINGS FOLLOWING EVIDENTIARY HEARING

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing on June 6, 2011 at 11:30 a.m. before District Judge James L. Robart.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 9th day of May, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE - 3